**OMAR HINDIYEH, C.P.E.**
**CMA CONSULTING**
**PRESIDENT**

---

**EXPERIENCE**

CMA Consulting, Livermore, CA, Owner, President 1985-Present. Construction Management and Consulting firm. Responsible for and perform the following: Pre-construction planning (cost feasibility studies, technical inspections, construction contracts negotiation, quality control, specification writing), on-site construction management of all phases of construction including electrical, plumbing, roofing, carpentry; etc, construction defect investigations.

OSO Developers, Inc., San Jose, CA, Owner, President 1980-1987. General Engineering and Building Construction firm. Responsible for and performed the following: Earth-moving, excavating, grading, trenching, paving and concrete surfacing work; building construction of all phases of construction including electrical, plumbing, roofing, carpentry; etc, alteration, improvement and repair of residential and multi-family structures; building construction inspection and consulting work.

Chemtech, San Jose, CA, Owner, President, 1983-1987. Hazardous chemical storage facility construction. Responsible for and performed the following: Construction of flammable and toxic materials storage systems; hazardous materials management planning; procedural monitoring training.

CM4 Engineers, San Jose, CA, Owner, Vice-President, 1984-1985. Construction Management and Engineering Consulting firm. Responsible for and perform the following: Pre-construction planning (cost feasibility studies, technical inspections, construction contracts negotiation, quality control, specification writing), on-site construction management of all phases of construction including electrical, plumbing, roofing, carpentry; etc; construction defect investigations.

Aspen Roofing Systems, San Jose, CA, Owner, President, 1982-1986. Specialists in re-roofing with tile. Responsible for and performed the following: Supervision of Civil Engineering staff, performed engineering calculations and design of structural roof framing upgrades; structural upgrades of existing roof framing systems on commercial and residential structures; design and installation of tile roof flashing; repair and installation of concrete, clay and slate tile roof systems.

**EXHIBIT "A"**

Garden City Associates, San Jose, CA, Assistant Civil Engineer, Construction Coordinator, Supervisor, 1978-1979. Large commercial and residential earth moving/paving/grading projects in the South Bay Area. Coordinated work schedules; all operations; and assisted in supervising 40 employees from initial designing stages to the finished product. Supervised: demolition work, underground plumbing and electrical, earthwork and paving operations per project performed.

## EDUCATION

San Jose State University, San Jose, CA May 1978
Bachelor of Science Degree in Civil Engineering with emphasis in Construction

## LICENSES AND CERTIFICATIONS

State of California, General Building Contractor, Roofing Contractor, Asbestos Abatement Contractor, License #531748

EIT Certificate

Certified Professional Construction Cost Estimator
I.C.B.O. Certified Building Inspector

State of Nevada, General Building Contractor, License #53133
State of Nevada, Roofing Contractor, License #54183

## ORGANIZATIONS AND AFFILIATIONS

Community Associations Institute
California Association of Community Managers
ICC-International Code Council
The Executive Council of Homeowners
American Society of Civil Engineers
The Construction Specification Institute
American Society of Professional Estimators
California State Contractor's License Board
Nevada State Contractor's License Board
The National Roofing Contractor's Association
Western Construction Consultants Group
Western States Roofing Contractors Association