**Entered on Docket
February 01, 2010**
**GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

**Signed: February 01, 2010**

_____
LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge
_____



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

MACARTHUR HEIGHTS HOMEOWNERS' ASSOCIATION,

    Debtor-in-Possession.
_____/

Chapter 11

**MEMORANDUM RE SECOND AMENDED PLAN AND DISCLOSURE STATEMENT**

    The Court has reviewed the Second Amended Plan and Disclosure Statement and, if one amendment is made to the Second Amended Plan, is prepared to conditionally approve the Second Amended Disclosure Statement. The Second Amended Disclosure Statement discloses that the settlement with the Class 4 Creditor, ACT, provides for payment of a total of $610,898.22, $125,000 on the effective date of the plan and the balance paid monthly over ten years with four percent interest. The Second Amended Plan makes no mention of the $125,000 to be paid on the effective date. The settlement agreement, which the Court approved and a copy of which is attached to the Second Amended Plan, provides for the $125,000 payment on the effective date. Therefore, the Court presumes that the failure to mention this payment in the Second Amended Plan is an oversight. If this omission is corrected, the Court will sign the proposed form of order that has been submitted.

                                END OF ORDER

COURT SERVICE LIST

Eric A. Nyberg
Kornfield, Nyberg, Bendes and Kuhner
1999 Harrison St. #2675
Oakland, CA 94612

2